UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Walter Winchell Young, II,<br><br>         Plaintiff,<br><br>vs.<br><br>Trans Union LLC; CSC Credit Services; Inc.; Experian Information Solutions, Inc.; Equifax Information Services LLC; First American Credco; Household Bank (SB), N.A., d/b/a Orchard Bank MasterCard; Credit Vision; West Capital Financial n/k/a Midland Capital; and Midland Capital Group,<br><br>         Defendants. | Court File No.: 05-161 PAM/RLE |

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal, it is hereby ordered as follows:

All claims against Household Bank (SB), N.A., d/b/a Orchard Bank MasterCard are hereby dismissed with prejudice, on the merits, and in their entirety, but without any award of costs to any of the parties.

Dated this __10__ day of __June__, 2005.

BY THE COURT:


s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court

1