**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 05-161 PAM/RLE**

Walter Winchell Young, II

       Plaintiff,

v.                                                   **ORDER**

Trans Union LLC, et al.,

       Defendants

This matter came before the Court on the stipulation of the Plaintiff and Defendant First American Credco, a Division of First American Real Estate Solutions, LLC ("CREDCO"), ("CREDCO"), to an order dismissing all of Plaintiff's claims against CREDCO in this case with prejudice and on the merits.

Based on the stipulation between the Plaintiff and CREDCO, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's claims against CREDCO are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and CREDCO shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: June   27  , 2005                                  s/Paul A. Magnuson
                                                                   Honorable Paul A. Magnuson
                                                                   UNITED STATES DISTRICT JUDGE