# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Walter Winchell Young II, | Civil Action No. 05-161 PAM/RLE |
| Plaintiff, | |
| v. | |
| Trans Union LLC; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; Equifax Information Services LLC; West Capital Financial n/k/a Midland Capital; and Midland Credit Management Inc. d/b/a Midland Capital Group, | **ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

Based on the Stipulation of Dismissal filed with the Court [Docket Doc. No.: 50], this Court hereby orders that the above-captioned action, as against Defendant Experian, shall be, and herewith is, dismissed with prejudice without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July    20   , 2005           s/Paul A. Magnuson
                                     Hon. Paul A. Magnuson
                                     United States District Court