**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 05-161 PAM/RLE**

| | |
|---|---|
| Walter Winchell Young, II, | **ORDER** |
| Plaintiff, | |
| -vs- | |
| Trans Union LLC; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; Equifax Information Services LLC; First American Credco; Household Bank (SB), N.A. D/b/a Orchard Bank MasterCard; Credit Vision; West Capital Financial n/k/a Midland Capital; and, Midland Credit Management Inc. d/b/a Midland Capital Group, | |
| Defendants. | |

Pursuant to a written stipulation entered into between the Plaintiff and Equifax Information Services LLC ("Equifax") stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Equifax are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

DATED: August __19__, 2005        s/Paul A. Magnuson
                                  Paul A. Magnuson
                                  United States District Court Judge

1