**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 05-161 PAM/RLE**

Walter Winchell Young, II,

                Plaintiff,

-vs-

Trans Union LLC;
CSC Credit Services, Inc.;
Experian Information Solutions, Inc.;
Equifax Information Services LLC;
First American Credco;
Household Bank (SB), N.A. d/b/a Orchard
Bank MasterCard; Credit Vision; West
Capital Financial n/k/a Midland Capital;
and, Midland Credit Management Inc. d/b/a
Midland Capital Group,

                Defendants.

**Civil File No. 05-161 PAM/RLE**

**ORDER OF DISMISSAL**

      This matter came before the Court on the stipulation of Plaintiff and Defendant CSC Credit Services, Inc. ("CSC"), to an order dismissing all of Plaintiff's claims against CSC in this case with prejudice and on the merits. Based on the stipulation between Plaintiff and CSC, and all the other files, records, and proceedings herein,

      IT IS HEREBY ORDERED that Plaintiff's claims against CSC Credit Services, Inc. are hereby DISMISSED in their entirety, on the merits and with prejudice. Plaintiff and CSC shall each bear their own costs and attorneys' fees.

      SO ORDERED.

Dated: __August 19,___, 2005

s/Paul A. Magnuson
PAUL A. MAGNUSON
UNITED STATES DISTRICT JUDGE