## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Walter Winchell Young, II,<br><br>   Plaintiff,<br><br>vs.<br><br>Trans Union LLC; CSC Credit Services, Inc.;<br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>First American Credco;<br>Household Bank (SB), N.A. d/b/a Orchard Bank<br>MasterCard;<br>Credit Vision;<br>West Capital Financial n/k/a Midland Capital;<br>and Midland Credit Management Inc., d/b/a Midland Capital Group,<br><br>   Defendants. | Court File No.:  05-161 PAM/RLE<br><br><br><br>**ORDER** |

Pursuant to a written stipulation entered into between the Plaintiff and Midland Credit Management Inc. d/b/a Capital Group ("Midland") stating that the above-entitled action against Midland has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Midland are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated: August   19  , 2005                     s/Paul A. Magnuson
                                                                      Paul A. Magnuson, Judge
                                                                      United States District Court

1