## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Walter Winchell Young, II,                                    Court File No.:  05-161 PAM/RLE

       Plaintiff,

vs.

Trans Union LLC; CSC Credit Services, Inc.;
Experian Information Solutions, Inc.;                         **ORDER**
Equifax Information Services LLC;
First American Credco;
Household Bank (SB), N.A. d/b/a Orchard
Bank MasterCard; Credit Vision;
West Capital Financial n/k/a Midland Capital;
and Midland Credit Management Inc., d/b/a
Midland Capital Group,

       Defendants.

---

Pursuant to a written stipulation entered into between the Plaintiff and Defendants Midland Credit Management, Inc. (who is incorrectly sued and served herein as *Midland Credit Management, Inc. d/b/a Midland Capital Group*) and Midland Capital Group, Inc. (who is now known as Encore Capital Group, Inc. and who is incorrectly sued and served herein as *West Capital Financial n/k/a Midland Capital*) stating that the above-entitled action against these Defendants has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against these Defendants are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated: August  __31__ , 2005            s/Paul A. Magnuson
                                                       Paul A. Magnuson, Judge
                                                       United States District Court